IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD H. MAILLELLE,

    Petitioner,

v.

CHARLES DANIELS,

    Respondent.

Civil No. 07-1104-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus (#17) is GRANTED.

IT IS SO ORDERED.

DATED this 25th day of October, 2007.

        /s/ Anna J. Brown
        ANNA J. BROWN
        United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD H. MAILLELLE,

      Petitioner,

v.

CHARLES DANIELS,

      Respondent.

Civil No. 07-1104-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus (#17) is GRANTED.

IT IS SO ORDERED.

DATED this 25th day of October, 2007.

          /s/ Anna J. Brown
          ANNA J. BROWN
          United States District Judge